167 A.3d 658

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF, v. K.H., DEFENDANT-PETITIONER, AND N.P., DEFENDANT. IN THE MATTER OF A.H. AND C.P., MINORS-RESPONDENTS.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1118/1119–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 658

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. ISAAC A. YOUNG, DEFENDANT–CROSS–PETITIONER.

May 5, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–001857–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.